| | |
|---|---|
| 1 | ORESTES A. CROSS (CA State Bar No. 250471) |
| | VALOR LEGAL |
| 2 | 2010 Crow Canyon Place |
| | Suite 100-104 |
| 3 | San Ramon, California 94583 |
| | Telephone:   (415) 545-8394 |
| 4 | Facsimile:   (415) 520-9695 |
| | Email:       ocross@valorlegal.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | WILLIAM TRAMBLEY |
| 7 | Margaret A. Keane (Bar No. CA-255378) |
| | margaret.keane@dlapiper.com |
| 8 | Eric Ortiz (Bar No. CA-291618) |
| | eric.ortiz@dlapiper.com |
| 9 | DLA PIPER LLP (US) |
| | 555 Mission Street |
| 10 | Suite 2400 |
| | San Francisco, California 94105-2933 |
| 11 | Tel:   415.836.2500 |
| | Fax:   415.836.2501 |
| 12 | |
| | Attorneys for Defendant |
| 13 | RELIANCE GLOBALCOM SERVICES, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRAMBLEY | Case No.: C 18-cv-05054-KAW |
| Plaintiff(s), | |
| vs. | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER** |
| Reliance Globalcom Services, Inc. dba Global Cloud Xchange, a business form unknown, Does 1-25, inclusive,. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff William Trambley and Defendant Reliance Globalcom Services, Inc. dba Global Cloud Xchange, a business form unknown, Does1-25, inclusive, as this entire action is now settled, that this action now be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

DATED: September 5, 2019　　　　　　　　VALOR LEGAL

By:　*/s/ Orestes A. Cross*
　　　Orestes A. Cross

Attorneys for Plaintiff
William Trambley

DATED: September 5, 2019　　　　　　　　DLA Piper

By:　*/s/ Margaret Keane*
　　　Margaret Keane

Attorneys for Defendant
Reliance Globalcom Services, Inc. dba Global Cloud Xchange, a business form unknown, Does, 1-25, inclusive,.

**FILER ATTESTATION**

Pursuant to Northern District Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on September 4, 2019.

　　　　　　　　　　　　　　　　　　　　　*/s/ Orestes A. Cross*
　　　　　　　　　　　　　　　　　　　　　Orestes A. Cross

**[PROPOSED]** ORDER

This matter is dismissed with prejudice under Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, and the Clerk of the Court is directed to close this case. Each Party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 9/12/19

*/s/ Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE
HON. KANDIS A. WESTMORE